UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA,

*Plaintiff*

VS.

CIVIL ACTION NO. 15-248-JWD-SCR

LEONARD BELL,

*Defendant*

CONSENT JUDGMENT

Plaintiff United States of America (the "United States"), through undersigned counsel, and pro se Defendant Leonard Bell ("Defendant"), having jointly moved the Court to execute and enter the attached Consent Judgment in the record of this action (Rec. Doc. 2), and this Court having previously granted said motion (Rec. Doc. 3),

1.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff, United States of America, do have and recover judgment against Defendant Leonard Bell for the principal sum of THREE HUNDRED SIX THOUSAND THREE HUNDRED TWENTY NINE AND 00/100 ($306,329), together with interest thereon from date of judgment until paid at the rate provided under 28 U.S.C. § 1961, and all allowable costs.

II.

Defendant Leonard Bell agrees, consents, and stipulates that the indebtedness owed under this Judgment, as aforesaid, is not dischargeable under 11 U.S.C. § 523(a)(2)(A), or any other bankruptcy statute or provision.

**EXHIBIT A**

III.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the payment terms of this judgment will be determined by the United States, in its sole discretion, following entry of this Consent Judgment and an evaluation of a completed, signed and dated Financial Statement from Defendant, and a review of Defendant's Federal Income Tax Returns for the years 2011, 2012, 2013 and 2014, including all attachments thereto. The Financial Statement and Federal Income Tax Returns shall be submitted by Defendant to the United States Attorney's Office, 777 Florida Street, Ste. 208, Baton Rouge, Louisiana 70801, Attn: Financial Litigation Unit, within 30 days following the entry of this Consent Judgment. Thereafter, a signed and completed Financial Statement shall be submitted by Defendant to the United States Attorney's Office at the address above shown on each anniversary date of this Consent Judgment until the same be paid in full. Payment terms may be reevaluated periodically and will be modified as appropriate, at the sole discretion of the United States, to take into account changed economic circumstances of the Defendant, and such other factors the United States deems relevant and appropriate.

IV.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that notwithstanding any existing payment terms, this Consent Judgment may be demanded in full and immediately by the United States upon: (1) Defendant's filing for bankruptcy relief; (2) Defendant's failure to comply with the terms of the payment schedule established by the United States; (3) the initiation of any collection motion or procedure against Defendant by any other creditor, or (4) Defendant's violation of any term or terms of this Consent Judgment.

V.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendant Leonard Bell shall keep the United States Attorney's Office for the Middle District of Louisiana fully and currently informed in writing of any material change in his financial situation or ability to pay, and of any change in (i) employment, (ii) place of residence, and (iii) telephone number. Said information shall be provided by Defendant to the United States Attorney's Office within ten (10) days of any such change.

Baton Rouge, Louisiana, this 22 day of April, 2015.

---

DISTRICT JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA, by

J. WALTER GREEN
UNITED STATES ATTORNEY

---

James L. Nelson, LBN 9934
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0685
E-mail: jim.nelson@usdoj.gov

Date: April 21, 2015

---

LEONARD BELL
Pro se Defendant

Date: April 21, 2015